Same case below, 440 Fed. Appx. 430.

Same case below, 440 Fed. Appx. 400.

**No. 11-7793. Andre Van, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1123, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 698.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 427 Fed. Appx. 423.

**No. 11-7796. Preston Levonne Buie, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1123, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 600.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 173.

**No. 11-7798. Juan Anthony Reyes, Jr., Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1123, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 623.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7802. Rene Salazar, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1123, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 694.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7803. Alexander Antonio Simmons, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 691.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 653.

**No. 11-7808. Kenneth Hampton, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 644.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 444 Fed. Appx. 583.

**No. 11-7809. Moises Garcia, Petitioner v. United States.**

565 U.S. 1170, 132 S. Ct. 1124, 181 L. Ed. 2d 1002, 2012 U.S. LEXIS 633.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 655 F.3d 426.